UNITED STATES DISTRICT COURT
262 WEST NUEVA STREET
San Antonio, TX 78207

FILED
MAR 23 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

Phillip "BabyShank" Scott

V.

OFC. Scott
Mark Reynolds (Sheriff of Comal County)
Unknown Administrative Decision-Makers
Unknown Medical Administrators (CORE)

SA23CA0356OG

# PLAINTIFF'S OMNIBUS
# 42 U.S.C. § 1983 & HUMAN RIGHTS COMPLAINT

To The Honorable Judge of said Court:

Before the Court Phillip G. Scott Plaintiff, Files this Pro Se Complaint and claim for compensatory & punitive, declaratory & injunctive Relief as follows:

## I. INTRODUCTION

This action places before the Court a lawsuit involving the administration of the Comal County Jail under the Custody & Care of Mark Reynolds

This action also attacks the customs, policies, and patterns in concert with Retalitory actions ~~with~~ on constitutionally-Protected Conduct.

## II. PARTIES

Defendants:

Mark Reynolds Sheriff of Comal County and at all times Relevant to this action was/is sheriff of Comal County Jail, Tx. At all times Relevant to this complaint acted under the color of State law. He is Hereby sued in his official capacity for the acts described later in this complaint

Unknown Administrators & decision-makers in there official capacity. Plaintiff Reserves the right to amend defendants if names become known, inter alia.

OFC. Scott officer at Comal County Jail. At all times Relevant to this Complaint acted under the color of State law. He is hereby sued in his Personal and official capacity

II.

# PARTIES (CON'T)

DEFENDANTS:

CORE HEALTH SERVICES / Unknown Medical Administrators at all times Relevant to this action was/is contracted to provide medical care and is in charged with the duty of providing professional medical services to the Jail Population. At all times relevant to this complaint the Unknown Medical Administrators are acting under the color of State law and are hereby sued in there official capacity

PLAINTIFF:

Phillip "Baby Shark" Scott (Plaintiff) is currently in custody of the Comal County Sheriffs Dep'T in New Braunfels, TX. At all times relevant to this action was housed at Comal County Jail

III.

# JURISDICTION & VENUE

Jurisdiction is asserted pursuant to the U.S. Constitution and Tex. Const. art. 1 § 8 & 42 U.S.C § 1983, also 42 U.S.C. § 1997 d & Civil Rights of Institutionalized Persons Act to redress the deprivation of those Rights secured by the United States Constitution, deprived by persons acting under color of state law. The Court has jurisdiction over these matters pursuant to 28 U.S.C. § 1331, 1343(a)(3)

Plaintiff's claim for injunctive relief is authorized pursuant to 28 U.S.C. § 2283, 2284

The United States District Court of the Western District of Texas, in the County of Bexar in San Antonio, TX is the appropriate venue for the trial pursuant 28 U.S.C § 1391(b)(2); the County of Comal, Texas is where the events complained of have occured.

IV.

# RELEVANT CASELAW

(1). Elrod V. Burns, 427 U.S. 347, ___ S.Ct ___, ___ L.Ed. 2d ___ (1976)
(2). Monell V. New York City Dep'T of Soc. Servs., 436 U.S. 658 (1978)
(3). Morris V. Powell, 449 F.3d 682, 684 (5th Cir. 2006)
(4). Thaddeus-X V. Blatter, 175 F.3d 378 (6th cir. 1999)
(5). Farmer V. Brennon, 511 U.S. 825, 832 (1994)
(6). Jackson V. Cain, 864 F.2d 1235, 1248 (5th cir. 1989)
(7). Unsworn Declaration of Human Rights Article 5
(8). Boyd V. Knox, 47 F.3d 966, 969 (8th cir. 1995)
(9). Harrison V. Barkley, 219 F.3d 132, 137-39 (2nd Cir. 2000)
(10). Hartsfield V. Colburn, 371 F.3d, 454, 457 (8th cir. 2004)

V.

# STATEMENT OF FACTS
## "CONSTANT ILLUMINATION" & RIGHT TO DENTAL CARE

Since incarcerated at Comal County Jail, the main lights (main) inside cells are on for 18-19 hrs a day.

Since before Feb 13, 2023 (exhibit B) I have inform the Dentist & others that my tooth, which is chipped, swollen, and causing great pain. On a side-note I chipped my tooth on a peach pit from Comal County Jail. I'm not complaining about the peach pit & I'm not saying "everybody owes me" or "my problems are more important than others problems" but my nerves in my mouth are bad. I've had to chew on the other side of my mouth & swelling comes and goes. To be fair, the dentist proscribed painkillers. My better judgement is telling me (I think Core Health Services is cutting costs anyway it can) in other words "crap rolls easier downhill than uphill", I don't have access to financial documents (Tex. Gov'T code § 552.028). Anyway to the present day I have not gone to get my oral surgery done.

VI.

## LEGAL STANDARDS - RIGHT TO DENTAL CARE

Dental Care is governed by the deliberate indifference /Serious needs analysis.

A prisoner is entitled to treatment only for conditions that cause pain, discomfort or threat to good health (Dean V. Coughlin, 623 F. Supp. 392, 404 (S.D.N.Y. 1985)

Claim of inadequate dental care can be based on various factors:

(1). Pain suffered by Plaintiff
(2). deterioration of the tooth due to lack of treatment
(3). inability to engage in normal activities

Plaintiff claims substantial harm.

Extreme pain and swelling caused by infected teeth would have been obvious to a layperson and thus submission of verifying medical was unnecessary.

Refusal to treat prisoners tooth cavity (in this case Plaintiff needs oral surgery) led to a sufficiently serious need as it was degenerative condition that could cause acute infections and pain. Harrison V. Barkley, 219 F.3d 132, 137-39 (2nd cir. 2000)

Finding that a three week delay in dental care coupled with Knowledge of the prisoners suffering, can support a finding of deliberate indifference. Boyd V. Knox, 47 F.3d 966, 969 (8th cir. 1995)

## LEGAL STANDARDS - "CONSTANT ILLUMINATION"

Plaintiff contends that there is no legitimate penological justification for the excessive lighting for 19hrs a day

Plaintiff Request for declaratory Relief

Plaintiff contends that the policy/practice of allowing the bright florescent main lights to be kept on for 18hrs each day is unconstitutional

Plaintiff alleges that there is no penological justification for the excessive lighting which purportedly causes plaintiff lack of sleep, headaches, sensory problems, lack of concentration and accordingly, peer review studies report of the negative effects of lack of sleep

VI

LEGAL STANDARDS - "Constant Illumination" (con'T)

Plaintiff concludes that the "constant illumination" and defendants deliberate indifference to the situation violates Plaintiff's rights under the 8th amendment of the U.S. Constitution & Tex. Const. art 1. §13

Plaintiff also asks for pendant Jurisdiction of State laws of this Legal standard "constant illumination"

Prison conditions may amount to cruel and unusual Punishment if they cause "unquestioned and serious deprivations of basic human needs ... that deprive inmates of the minimal (emphasis added) civilized measure of life's necessities.

Plaintiff claims that he is the subject to "constant illumination" & has suffered medically.

VII

STATEMENT OF FACTS
FIRST AMENDMENT RETALIATION CLAIM
OFFICER SCOTT

On 2/20/23 there was a shakedown in B6 dorm between 9am-10AM OFC. Scott called me "Black Barbie" (Racial & Sexual insult) to be fair, I called him "Professor X" then he called me "Princess". His comments are homosexual in nature (which I am not). I made a PREA complaint. On the 2/25/23 It was responded that it was handled accordingly.

On 3/12/23 OFC. Scott came into B6 at 9:40 - 9:45 AM and started banging on my door. His excuse for the banging was "medication". At 11:15-12:00 PM he got on the speaker and called me bitch and abused the speaker system. At 2:00pm & 4:00pm He Kicked my Door again.

During the 11:15AM 12:00 pm incident on 3/12/23 I told OFC. Scott "That I have Reliable information that OFC. Scott told a group of inmates of another inmates background information (the inmate was a convicted sex-offender which I don't condone but doesn't change the allegation, if true) that inmate was later assaulted. That inmate (under

VII

# STATEMENT OF FACTS FIRST AMENDMENT RETALIATION CLAIM ON OFFICER SCOTT

my guidance) has made affidavits and is planning to File a civil suit against OFC. Scott/(But I'm sure they already know because they spy on phone calls and Read our mail). When I gave OFC. Scott Fair notice, he said "is that a threat".

AT 5:20 - 5:30 OFC Scott came to my Cell door and called me "Porch Monkey" & "Bitch boy"

on March 16, 2023 From around 7Am - 10am OFC Scott abused the Speaker system again and called me "Baby nigger" and "Bitch"

Around 8AM OFC Scott said "Do You want to go to Mental Health Bitch"

I missed a necessary meeting because of OFC Scotts abuse & degrading treatment because I'm not going anywhere with this Racist.

VIII

# PLAINTIFF'S RIGHT TO(LEGALLY ASSIST)OTHER PRISONERS

Plaintiff claims that OFC. Scott is trying to deter Plaintiff from protected conduct.

Plaintiff claims that OFC. Scott Retaliated on Plaintiff FOR exercising his First amendment, claims violated the Texas Constitution art 1 § 8 also

Legal assistance From other Prisoners is Right under the First Amendment Access-to-the-Courts provision

OFC. Scott Retaliated FOR exercising of a specific constitutional Right

(1). the inmate engaged in protected conduct

(2). an adverse action was taken that would deter a person of ordinary Firmness continuing to engage in that conduct

(3). The adverce action was motivated, at least in part, by the inmates protected conduct

VIII.

PLAINTIFF'S RIGHT TO LEGALLY ASSIST OTHER PRISONERS

Thaddeus X - Standand Clarified the law governing Prisoner Retaliation claims where the retaliation is alleged to have been directed at an inmate efforts to litigate on behalf of himself or others (exhibit A)

The Plaintiff alleges that his services are vital to other inmates Right of access-to-the-courts. Comal County Jail Provides no Reasonable alternatives which ensure access-to-the-courts. There are no Law Clerks or legal aids. To be Fair - there is a law library, but sometimes I'm all these people got.

Plaintiff claims that "Kicking the door", calling derogatory and Racial slurs, threats, abusing the speaker system, could deter a person of ordinary firmness from exercising his First Amendment of the U.S. Constitution & Tex. Constitution 1 § 8 Rights. Retaliation for providing legal aid would be constitutionally impermissible. Plaintiff engaged in legal assistance, a protected conduct and was Retaliated on to deter that protected conduct, thus Plaintiff Scott has made a Prima Facie claim First amendment retaliation claim.

IX.

PLAINTIFF'S RIGHT TO FILE GRIEVANCES

An inmate has an undisputed First amendment Right to File grievances against prison officials Pro SE

That Prison official may not Retaliate against prisoner for filing grievances

X.

PLAINTIFF CLAIMS HUMAN RIGHTS VIOLATION

Universal Declaration of Human Rights article 5 no one shall subjected to torture or to cruel, inhuman or degrading treatments

XI.

## OFFICIAL CUSTOM, POLICY OR PRACTICE

Plaintiff claims municipal liability against the Governmental entity of Comal County Administrators and Decision-makers for adopting customs and Policies that ensure Plaintiff does not endure Retaliation for Protected conduct. Please refer to 5:22-CV-00327-OLG

Plaintiff claims Persistent widespread Practice of City officials or employees which although not authorized by officially adopted and Promulgated Policy, is so common and well-settled as to constitute a custom that fairly represents municipal Policy.

Plaintiff claims "gross negligence" - conscious indifference to the Rights of others. "Gross negligence" in the establishment of officer training Practice would suffice to Prove a Policy that was the "moving force" behind unconstitutional Conduct.

Plaintiff claims "inadequate training" would meet the Policy requirements of Monell V. New York City Dep't of Soc. Servs., 436 U.S. 658 (1978). Plaintiff alleges that Comal County's Sheriff Administrators Policies, customs, and Practices Provided inadequate supervision, training and discipline to the employees. These deficient Policies and customs cause a violation of constitutional Rights

"Policy" - as a definate course or method of action selected from among alternates and in light of given conditions to guide and determine present and future decisions

Plaintiff claims Persistent and widespread maladministration and deeply embedded traditional ways. To the Point that People Like OFFICER SCOTT (God Forbid) actually think thier conduct is right or okay

"Moving Force" offending Governmental employee acted in the belief that his conduct met the expectations of Policy makers.

"Custom" - Proof of similar incidences of official wrongdoing or general or widespread incompetence of or reckless misbehavior by Governmental personnel and employee.

XII

## STATUS REPORT & UPDATE

Just an update, OFC. Scott, OFC. Hayes, & Cert OFC. Andredo all Recieved promotions. Funny

XIII

## EX. PARTE CEASE-&-DESIST ORDER REQUEST

I, Phillip Scott Request an order from the Court prohibiting OFC. Scott from continuing a particular activity and cease a course of conduct. To a particular high degree of certainty, the conduct is unlawful.

IXV

## FUNNY FACT

Comal County Jail does Recieve Federal money via the Cares Act Comal County Jail is not an island to itself to were Federal intervention and injunction can't Reach. Bad Faith is Bad Faith

XV

## CAUSE OF ACTION

For the various reasons stated the defendants have violated Plaintiff's Rights under the Color of State law.

XVI

## PRAYER FOR RELIEF

Issuing declaratory relief, declaring that the acts and omissions of the defendants have violated Plaintiff's Rights, and stating the defendants' duties with respect to those Rights.

Issuing Injunctive Relief, commanding the defendants to provide safeguards that ensure that Comal County Sheriff deputies do not retaliate for the filing of grievances, a protected conduct.

Awarding Compensatory and Punitive damages after discovery, any other that this Court deem fit, for proper relief

XVI

PRAYER FOR RELIEF (CON'T)

Plaintiff Requests trial by Jury is hereby demanded on all claims alleged herein, and the Parties are hereby given notice, Pursuant to Fed. R. Civ. P. 38(a)-(c)

Plaintiff Requests HELP! with a Public Defender or Attorney

Respectfully submitted this Mar, 20, 2023

Phillip G. Scott

XVII

VERIFICATION

Pursuant to 28 U.S.C. §1746, I Phillip G. Scott declare and verify, under Penalty of Perjury under the laws of the United States of America, that I have Read the foregoing and that it is true and correct to the best of my belief and knowledge

[signature]

Mar, 20, 2023

Exhibit A

PREA COMPLAINT

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**

**(ONLY ONE REQUEST PER FORM)**

NAME: Phillip "BABY SHARK" Scott CELL: B6-4

PURPOSE OF FORM: (CHECK ONLY ONE) SPN #: 645991

1. REQUEST ____ 2. GRIEVANCE X 3. MEDICAL ____ 4. OTHER ____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) ***NO PROFANITY***

On 2/20/23 SHAKE Down in B6 between 8-9 AM OFC. Scott called me "PRincess" and on a previous occasion he called me a "Black BARBIE". OFC SCOTT is a Homosexual. Then 02/25/23 At 5:00 pm - 5:15 pm He denied my Tray. He has an obvious problem. As a F.T.O. he is showing that his misconduct is okay to Rookie officers. Also, I know OFC. Scott has been telling peoples Background To inmates in the Jail. He is problematic

INMATE SIGNATURE [signature] DATE/TIME 2/25/23 JAILER SIGNATURE & BADGE # [signature] 3406 DATE/TIME 2-25-23

RESPONSE:

This matter was looked into and handled accordingly. WH 3416

INMATE SIGNATURE [signature] DATE/TIME JAILER SIGNATURE & BADGE # [signature] 3306 DATE/TIME 6 mar 23

**White-Inmate file when completed Yellow-Response to inmate request Pink-Original Inmate copy**

Exhibit B

Notice of Complaint

**COMAL COUNTY JAIL - REQUEST/GRIEVANCE**

**(ONLY ONE REQUEST PER FORM)**

NAME: Phillip "B. S." Scott CELL: B6-4

PURPOSE OF FORM: (CHECK ONLY ONE) SPN #: 645991

1. REQUEST ____ 2. GRIEVANCE X 3. MEDICAL X 4. OTHER ____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) ***NO PROFANITY***

This is to inform Medical Administration they are being sued for Deliberate indifference for Failure to Provide medical care for not properly taking care of my tooth.

INMATE SIGNATURE [signature] DATE/TIME ____ JAILER SIGNATURE & BADGE # T. Heitkamp 3367 DATE/TIME 2-13 0542

RESPONSE: Noted

INMATE SIGNATURE [signature] DATE/TIME ____ JAILER SIGNATURE & BADGE # [signature] DATE/TIME ____

White-Inmate file when completed Yellow-Response to inmate request Pink-Original Inmate copy