**FILED**
May 15, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____PT_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **PHILLIP (BABY SHARK) SCOTT,** §<br>**#645991,** §<br>  §<br>  **Plaintiff,** §<br>  §<br>**v.** §<br>  §<br>**OFC. F/N/U SCOTT, In His Personal and** §<br>**Official Capacity, Comal County Jail,** §<br>**ET AL.,** §<br>  §<br>  **Defendants.** § | SA-23-CV-00356-OLG |

# FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing *pro se* Plaintiff Phillip (Baby Shark) Scott's 42 U.S.C. § 1983 Civil Rights Complaint, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Phillip (Baby Shark) Scott's 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(b) for failure to prosecute and failure to comply with the Court's March 28, 2023 Order.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

It is **SO ORDERED**.

**SIGNED** this   15th   day of May, 2023.

_____
ORLANDO L. GARCIA
United States District Judge